UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DAMIAN ANGELO VANN, | ) CV 12-9606-CBM(SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| E. VALENZUELA (A), | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: 4/9/2013

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1